# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN CLYDE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:17-cv-01601-KOB-TMP |
| | ) |
| A. DAWSON, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION & ORDER

The magistrate judge filed a report on December 13, 2017, recommending that, pursuant to 28 U.S.C. § 1915A(b), the court dismiss the plaintiff's claims against defendants A. Dawson, Warden; Officer Bailey, State Trooper's Office; Steve Haddock, Morgan County Circuit Judge; Glenn Thompson, Morgan County Circuit Judge; and Huntsville Hospital. The magistrate judge further recommended that plaintiff's Eighth Amendment claims for deliberate indifference to medical needs against defendant Seth Hazen, Jail Sergeant, be referred to the magistrate judge for further proceedings. (Doc. 12). No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendations. Therefore, the court **ORDERS** that all of the plaintiff's claims against defendants Dawson, Bailey, Haddock,

Thompson, and Huntsville Hospital are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that the plaintiff's remaining claim, for deliberate indifference to medical needs under the Eighth Amendment against defendant Hazen is **REFERRED** to the magistrate judge for further proceedings.

DONE and ORDERED this 12th day of February, 2018.

/s/ Karon O. Bowdre
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE